# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Washington Mutual Bank** | Case No. 1:07-cv-3509 |
| **Plaintiff,** | Judge Christopher A. Boyko |
| vs. | **ORDER DISMISSING CASE** |
| **Subramaniya Rajagopalan, et al.** | |
| **Defendants.** | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This matter is before the Court on the motion of Plaintiff for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The case is hereby dismissed without prejudice at Plaintiff's costs.

**IT IS SO ORDERED.**

```
                          s/Christopher A. Boyko
```
Christopher A. Boyko
UNITED STATES DISTRICT JUDGE
January 9, 2008